UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
HALIMATOU SOW and OUSMANE SOW,

              Plaintiffs,    :   **ECF CASE**

    v.

                                             08 Civ. 3600 (VM)

EVELYN UPCHURCH, et al.,

              Defendants.    :   <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:    New York, New York
            June 3, 2008

                                           Respectfully submitted,

                                           MICHAEL J. GARCIA
                                           United States Attorney for the
                                           Southern District of New York

                             By:    /s/_____
                                           DAVID BOBER
                                           Assistant United States Attorney
                                           86 Chambers Street, 3rd Floor
                                           New York, New York 10007
                                           Telephone: (212) 637-2718
                                           Facsimile: (212) 637-2786
                                           Email: david.bober@usdoj.gov

To:    Matthew J. Harris, Esq.
          Law Offices of Eric Wuestman
          57 Montgomery Place
          Brooklyn, NY 11215