U.S. Department of Justice



United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

June 16, 2008

VIA FACSIMILE
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08
```

          Re:    Sow v. Upchurch, et al.,
                 08 Civ. 3600 (VM)

Dear Judge Marrero:

      This Office represents the defendants in the above-captioned matter, in which plaintiffs Halimatou and Ousmane Sow request that the Court issue a writ of mandamus directing the defendants to adjudicate Halimatou Sow's Form I-730 Asylee Relative Petition. Plaintiffs allege that Halimatou Sow filed the I-730 petition in December 2006 and that defendants have unreasonably delayed adjudication of the petition.

      United States Citizenship & Immigration Services ("CIS") has informed me that plaintiffs will be scheduled for an interview by the end of this week, which is a necessary step toward adjudication of the petition in question. Accordingly, I respectfully request a sixty day extension, from June 16, 2008, to August 15, 2008, to answer or otherwise respond to the mandamus petition. The extension will give CIS time to adjudicate the I-730 petition, which would render this case moot.

      This is the Government's first request for an extension. I have attempted to contact Matthew Harris, counsel for the plaintiffs, to obtain his consent to this request, but have been unable to reach him.

I thank the Court for its consideration of this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: /s/ David Bober

DAVID BOBER
Assistant United States Attorney
(212) 637-2718

cc:   Matthew J. Harris, Esq. (via facsimile)

---

Request GRANTED. The time for respondent to respond or otherwise move with respect to the petition in this action is extended to 8-15-08.

SO ORDERED.

6-18-08
DATE          VICTOR MARRERO, U.S.D.J.

2