**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-25-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HALIMATOU SOW,

              Plaintiff,

           - v. -

EVELYN UPCHURCH, et al.,

              Defendants.
------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

08 Civ. 3600 (VM)

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: Brooklyn, New York
    ~~June~~ August 16, 2008

LAW OFFICE OF ERIC WUESTMAN
Attorneys for Plaintiff

By: _____
MATTHEW HARRIS, ESQ.
57 Montgomery Place
Brooklyn, NY 11215
Tel. No.: (718) 622-4104

Dated: New York, New York
    ~~June~~ August 19, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

SO ORDERED: 25 August 2008
_____
HON. VICTOR MARRERO
United States District Judge